**RIMAC MARTIN, P.C.**
Anna M. Martin – CA Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendant*
*LIFE INSURANCE COMPANY OF NORTH AMERICA*


**DONAHUE & HORROW, LLP**
Michael B. Horrow – CA Bar No. 162917
mhorrow@donahuehorrow.com
Nichole D. Podgurski – CA Bar No. 251240
npodgurski@donahuehorrow.com
1960 E. Grand Avenue, Suite 1215
El Segundo, CA  90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302

*Attorneys for Plaintiff*
*DONALD D. CLOW*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### Fresno Division

| | |
|---|---|
| DONALD D CLOW, | CASE NO. 1:12-CV-01436-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER THEREON TO EXTEND TIME FOR DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

1   IT IS HEREBY STIPULATED by and between the parties hereto through their
2 respective attorneys that defendant LINA INSURANCE COMPANY OF NORTH AMERICA
3 may have an additional fourteen (14) days within which to answer or otherwise respond to
4 plaintiff's complaint.  Therefore, the last day for defendant to answer or otherwise respond to
5 plaintiff's complaint is October 19, 2012.

6   Pursuant to local rules, this document is being electronically filed through the Court's
7 ECF System.  In this regard, counsel for Defendants hereby attests that (1) the content of this
8 document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has
9 concurred with the filing of this document; and (3) a record supporting this concurrence is
10 available for inspection or production if so ordered.

Respectfully submitted,

**DONAHUE & HOROROW, LLP**

DATED:  October 9, 2012    By:  */S/ Michael B. Horrow*
MICHAEL B. HORROW
Attorneys for Plaintiff
DONALD D. CLOW

**RIMAC MARTIN, P.C.**

DATED:  October 9, 2012    By:  */S/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA

2
STIPULATION AND ORDER
Case No. 1:12-cv-01436-LJO-SKO

**ORDER**

Pursuant to stipulation, it is so ordered.

IT IS SO ORDERED.

Dated:   **October 9, 2012**                              **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE