**RIMAC MARTIN, P.C.**
Anna M. Martin – CA Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendant*
*LIFE INSURANCE COMPANY OF NORTH AMERICA*


**DONAHUE & HORROW, LLP**
Michael B. Horrow – CA Bar No. 162917
mhorrow@donahuehorrow.com
Nichole D. Podgurski – CA Bar No. 251240
npodgurski@donahuehorrow.com
1960 E. Grand Avenue, Suite 1215
El Segundo, CA  90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302

*Attorneys for Plaintiff*
*DONALD D. CLOW*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### Fresno Division

| | |
|---|---|
| DONALD D CLOW, | ) CASE NO. 1:12-CV-01436-LJO-SKO |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **THEREON TO EXTEND TIME FOR** |
| | ) **DEFENDANT LIFE INSURANCE** |
| LIFE INSURANCE COMPANY OF | ) **COMPANY OF NORTH AMERICA TO** |
| NORTH AMERICA, | ) **RESPOND TO PLAINTIFF'S** |
| | ) **COMPLAINT** |
| Defendant. | ) |

1

STIPULATION AND ORDER
Case No. 1:12-cv-01436-LJO-SKO

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that defendant LINA INSURANCE COMPANY OF NORTH AMERICA may have an additional fourteen (14) days within which to answer or otherwise respond to plaintiff's complaint. Therefore, the last day for defendant to answer or otherwise respond to plaintiff's complaint is October 19, 2012.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

**DONAHUE & HOROROW, LLP**

DATED:  October 9, 2012        By:  /S/ Michael B. Horrow
                               MICHAEL B. HORROW
                               Attorneys for Plaintiff
                               DONALD D. CLOW


**RIMAC MARTIN, P.C.**

DATED:  October 9, 2012        By:  /S/ Anna M. Martin
                               ANNA M. MARTIN
                               Attorneys for Defendants
                               LIFE INSURANCE COMPANY OF NORTH AMERICA

**ORDER**

Pursuant to stipulation, it is so ordered.

IT IS SO ORDERED.

Dated:   **October 9, 2012**                           **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE

3
STIPULATION AND ORDER
Case No. 1:12-cv-01436-LJO-SKO