**RIMAC MARTIN, P.C.**
Anna M. Martin – CA Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendant*
*LIFE INSURANCE COMPANY OF NORTH AMERICA*

**DONAHUE & HORROW, LLP**
Michael B. Horrow – CA Bar No. 162917
mhorrow@donahuehorrow.com
Nichole D. Podgurski – CA Bar No. 251240
npodgurski@donahuehorrow.com
1960 E. Grand Avenue, Suite 1215
El Segundo, CA  90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302

*Attorneys for Plaintiff*
*DONALD D. CLOW*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### Fresno Division

| | |
|---|---|
| DONALD D. CLOW,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | CASE NO. 1:12-CV-01436-LJO-SKO<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT GENERAL ATOMICS EMPLOYEE BENEFIT PLAN** |

IT IS HEREBY STIPULATED by and between plaintiff DONALD CLOW ("Plaintiff") and LINA INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by and through their respective counsel as follows:

1. The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, et seq.  The parties assert that the General Atomics Long Term Disability Plan (the "PLAN"), which is part of the General Atomics Employee Benefit Plan, is insured, at least in part, by long term disability policy number FLK-960289  (the "POLICY") for the time period at issue in this case. i.e., a date of disability of October 29, 2010.   Plaintiff seeks benefits in this lawsuit solely under that portion of the PLAN that is funded by the POLICY.

2. If and to the extent the court awards long-term disability benefits to Plaintiff pursuant to the terms of the POLICY , then LINA agrees that it will be responsible for the payment of any such benefits under the terms of the POLICY.  LINA also agrees that it will be responsible for any attorney fees, interest and costs awarded under ERISA in connection with an award of long term disability benefits to plaintiff under the POLICY.  LINA is not responsible for the payment of any benefits beyond those available pursuant to the terms of the POLICY.

3. LINA states that it will not raise any defenses to any of the claims asserted in the Complaint based on dismissal of the PLAN and/or absence of the PLAN from litigation. The parties hereby stipulated and request that the General Atomics Employee Benefit Plan be dismissed without prejudice, with the parties to bear their own attorney fees and costs directly related to the instant Stipulation and the dismissal of the General Atomics Employee Benefit Plan.  LINA remain the only named defendant.

Respectfully submitted,

**DONAHUE & HORROW, LLP**

DATED: November 8, 2012          By: /S/ Michael B. Horrow
                                 MICHAEL B. HORROW
                                 Attorneys for Plaintiff
                                 DONALD D. CLOW


**RIMAC MARTIN, P.C.**

DATED: November 8, 2012          By: /S/ Anna M. Martin
                                 ANNA M. MARTIN
                                 Attorneys for Defendants
                                 LIFE INSURANCE COMPANY OF NORTH AMERICA


   Pursuant to stipulation, IT IS SO ORDERED.  The clerk is directed NOT to close this action.


IT IS SO ORDERED.

   Dated:   **November 8, 2012**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

3

STIPULATION OF DISMISSAL OF DEFENDANT GENERAL
ATOMICS EMPLOYEE BENEFIT PLANAND [PROPOSED] ORDER
Case No. 1:12-CV-01436- LJO-SKO