UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. CLOW,<br><br>            Plaintiff,<br>   vs.<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 12-1436 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 12.) |

       Plaintiff's counsel filed papers to indicate that this action has settled and to request up to 45 days to file papers to dismiss this action. Plaintiff fails to explain the need for such a lengthy time to complete settlement and to file papers to dismiss this action. As such, this Court ORDERS the parties, **no later than January 9, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

       This Court VACATES all pending dates and matters, including the December 11, 2012 scheduling conference, which is subject to immediate resetting if the parties fail to complete settlement.

       Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

       IT IS SO ORDERED.

**Dated:   December 4, 2012**                  /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE