# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. CLOW,<br><br>    Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>    Defendants. | CASE NO. CV F 12-1436 LJO SKO<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER<br>(Doc. 13.) |

This Court's December 4, 2012 order required the parties, no later than January 9, 2013, to file papers to dismiss this action or to show good chase why this action has not been dismissed. The parties failed to file papers to dismiss this action or to respond otherwise to the December 4, 2012 order. As such, there is no good cause for failure to dismiss this action and to comply with the December 4, 2012 order. This Court's Local Rule 110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than January 17, 2013, to file papers to show cause why sanctions, including dismissal with or without prejudice, entry of default, or monetary sanctions, should not be imposed for failure to comply with the December 4, 2012 order. This order to show cause will be discharged if, no later than January 17, 2013, the parties file papers to dismiss this action in its entirety.

This Court ADMONISHES the parties and counsel that they are required to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to

sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **January 10, 2013**                     /s/  **Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE