1 | **RIMAC MARTIN, P.C.**
Anna M. Martin – CA Bar No. 154279
2 | amartin@rimacmartin.com
1051 Divisadero Street
3 | San Francisco, CA 94115
Telephone: (415) 561-8440
4 | Facsimile: (415) 561-8430
5
*Attorneys for Defendant*
6 | LIFE INSURANCE COMPANY OF NORTH AMERICA

7 | **DONAHUE & HORROW, LLP**
Michael B. Horrow – CA Bar No. 162917
8 | mhorrow@donahuehorrow.com
Nichole D. Podgurski – CA Bar No. 251240
9 | npodgurski@donahuehorrow.com
1960 E. Grand Avenue, Suite 1215
10 | El Segundo, CA  90245
Telephone: (310) 322-0300
11 | Facsimile: (310) 322-0302
12
*Attorneys for Plaintiff*
13 | DONALD D. CLOW

14

15 | **UNITED STATES DISTRICT COURT**

16 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

17 | **Fresno Division**

| | |
|---|---|
| DONALD D. CLOW, | CASE NO. 1:12-CV-01436-LJO-SKO |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 1:12-CV-01436- LJO-SKO

1. IT IS HEREBY STIPULATED by and between plaintiff DONALD CLOW ("Plaintiff") and LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

**DONAHUE & HORROW, LLP**

DATED:  January 16, 2013          By: _/S/ Michael B. Horrow_
                                      MICHAEL B. HORROW
                                      Attorneys for Plaintiff
                                      DONALD D. CLOW

**RIMAC MARTIN, P.C.**

DATED:  January 16, 2013          By: _/S/ Anna M. Martin_
                                      ANNA M. MARTIN
                                      Attorneys for Defendants
                                      LIFE INSURANCE COMPANY OF NORTH AMERICA

Pursuant to stipulation, **IT IS SO ORDERED**.  **IT IS FURTHER ORDERED**, the Order to Show Cause Why Sanctions Should Not be Imposed for Failure to Obey Order

/ / /

2

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 1:12-CV-01436- LJO-SKO

1  (Document No. 13), is discharged.  The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **January 16, 2013**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE