**RIMAC MARTIN, P.C.**
Anna M. Martin – CA Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendant*
*LIFE INSURANCE COMPANY OF NORTH AMERICA*

**DONAHUE & HORROW, LLP**
Michael B. Horrow – CA Bar No. 162917
mhorrow@donahuehorrow.com
Nichole D. Podgurski – CA Bar No. 251240
npodgurski@donahuehorrow.com
1960 E. Grand Avenue, Suite 1215
El Segundo, CA  90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302

*Attorneys for Plaintiff*
*DONALD D. CLOW*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

### Fresno Division

| | |
|---|---|
| DONALD D. CLOW, | CASE NO. 1:12-CV-01436-LJO-SKO |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 1:12-CV-01436- LJO-SKO

1  IT IS HEREBY STIPULATED by and between plaintiff DONALD CLOW ("Plaintiff") and LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

**DONAHUE & HORROW, LLP**

DATED:  January 16, 2013            By: _/S/ Michael B. Horrow_
                                    MICHAEL B. HORROW
                                    Attorneys for Plaintiff
                                    DONALD D. CLOW

**RIMAC MARTIN, P.C.**

DATED:  January 16, 2013            By: _/S/ Anna M. Martin_
                                    ANNA M. MARTIN
                                    Attorneys for Defendants
                                    LIFE INSURANCE COMPANY OF NORTH AMERICA

Pursuant to stipulation, **IT IS SO ORDERED**.  **IT IS FURTHER ORDERED**, the Order to Show Cause Why Sanctions Should Not be Imposed for Failure to Obey Order

/ / /

1   (Document No. 13), is discharged.  The clerk is directed to close this action.

4   IT IS SO ORDERED.

5   Dated:   **January 16, 2013**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

3

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 1:12-CV-01436- LJO-SKO